UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00378-JVS-AFM<br><br>**JUDGMENT**<br><br>Hon. James V. Selna |

Pursuant to the Court's Order Regarding Hearing on Administrative Record (Doc. No. 36), filed on May 20, 2022:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Richard Sepulveda ("Plaintiff") shall have Judgment in his favor and against Defendant Hartford Life and Accident Insurance Company ("Hartford") on his First Claim for Relief in his Complaint, entitling him to payment of benefits under the Whole Foods Market Services, Inc. employee long-term disability benefit plan (the "Plan"), which is insured by Hartford.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Hartford shall pay retroactive long-term disability benefits to Plaintiff in the total amount of $22,627.00. This amount covers the benefits payable to Plaintiff for the period of time from October 28, 2019, when Hartford terminated Plaintiff's benefits, through July 1, 2022.

It is FURTHER ORDERED, ADJUDGED, and DECREED that the parties have agreed and the Court hereby orders that Hartford shall also pay prejudgment interest to Plaintiff in the amount of $910.00.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's long-term disability coverage under the Plan is reinstated and that Hartford shall treat Plaintiff going forward as if his benefits had not been terminated, subject to all plan terms and conditions as apply to him.

It is FURTHER ORDERED, ADJUDGED, and DECREED, that if the parties are unable to resolve the issue of Plaintiff's entitlement to attorneys' fees and costs, Plaintiff shall have an additional 30 days from the date hereof to file a motion for attorneys' fees and costs. Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Hartford shall have 30 days from the date hereof to file any notice of appeal regarding the Court's May 20, 2022 order or this Judgment.

DATED: July 13, 2022

_____
James V. Selna
United States District Judge